United States District Court
for the District of New Jersey

_____  :
                                             :
**DAVID CHAZEN, ET AL.**                     :
                                             :  Civil No. 08-4106
            Plaintiff                        :
                                             :
         vs.                                 :  Order of Reassignment
**CONNECTICUT GENERAL LIFE INSURANCE, ET AL.**
                                             :
         Defendant                           :
_____  :


It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stanley R. Chesler.


                                S/Garrett E. Brown, Jr.
                                Garrett E. Brown, Jr., Chief Judge
                                United States District Court